IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| LILI BERNHARD, | ) | |
| | ) | No. 2021-cv-18566 |
| Plaintiff, | ) | |
| -vs- | ) | Dist. Ct. Judge Noel L. Hillman |
| | ) | |
| WILLIAM COSBY. | ) | Magistrate Judge Matthew J. Skahill |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT PURSUANT TO N.J. LOCAL CIVIL RULE 6.1(B)

Application is hereby made to the Clerk of Court for an Order extending the time within which Defendant William Cosby may answer, move or otherwise reply to the complaint filed by Plaintiff Lili Bernard herein and it is represented that:

1. No previous extension has been obtained;

2. Waiver of service was executed on October 21, 2021;

3. Plaintiff's answer is presently due December 20, 2021.

                                                  Respectfully Submitted,

                                                  /s/ASHLEY COHEN
                                                  *One of the Attorneys for Defendant*

                                                  Bonjean Law Group, PLLC
                                                  750 Lexington Avenue, 9th Floor
                                                  New York, New York 10022
                                                  P: 718-875-1850
                                                  F: 718-230-0582
                                                  Email: Ashley@bonjeanlaw.com

**PROPOSED ORDER**

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____   WILLIAM T. WALSH, Clerk

BY:_____
Deputy Clerk