# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LILI BERNARD,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM COSBY,<br>            Defendant. | Case No. 21-CV-18566 (NLH) (MJS)<br><br>*Document Filed Electronically* |

## NOTICE OF MOTION OF CHILD USA FOR LEAVE TO APPEAR AS AMICUS CURIAE

PLEASE TAKE NOTICE that upon the Certification of Hillary M. Nappi, Esq., in support of the motion for leave to file an amicus curiae brief, CHILD USA requests the United States District Court, District of New Jersey, issue an order granting them leave to appear as Amicus Curiae and to file the amicus curiae brief that accompanies this motion.

Respectfully submitted,

BY: _____
Hillary M. Nappi, Esq.

Counsel of Record for Amici Curiae
CHILD USA

Dated: February 21, 2022