Merson Law, PLLC
Jordan Merson
Jordan Rutsky
950 Third Avenue, 18th Floor
New York, New York 10022
(212) 603-9100
jrutsky@mersonlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LILI BERNARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM COSBY,<br><br>　　　　　Defendant. | 1:21-cv-18566-NLH-MJS |

WHEREAS on July 28, 2025, Judge James D'Auguste of the New York Supreme Court so-ordered a stipulation stating that plaintiff Lili Bernard's claims arising from the alleged assault in New Jersey and Nevada may be litigated and maintained in the New York action (i.e., Index No. 952009/2022), and

WHEREAS on July 28, 2025, Defendant William Cosby withdrew argument IV of his motion to dismiss [Seq. 005] in the matter of *Bernard, et al. v. William Cosby, Jr., et al.* (i.e., Index No., 952002/2022), seeking to dismiss plaintiff Bernard's claims arising from allegations of out-of-state assaults;

IT IS HEREBY STIPULATED AND AGREED that plaintiff Lili Bernard voluntarily discontinues her lawsuit against Defendant William Cosby in this matter

1

(1:21-cv-18566-NLH-MJS), in accord with Defendant's agreement to voluntarily withdraw the portion of Motion Seq. No. 5, in the New York action, as set forth immediately above;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action is dismissed, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: August 14, 2025
      New York, New York

MERSON LAW, PLLC

By:

Jordan Rutsky, Esq.
950 Third Avenue, 18th Floor
New York, New York 10022
Tel: (212) 603-9100
*Attorneys for Plaintiff Bernard*

BONJEAN LAW GROUP, PLLC

By:

Jennifer Bonjean, Esq.
Gabriella Orozco, Esq.
233 Broadway, Suite 707
New York, New York 10279
Tel: (718) 875-1850
*Attorneys for Defendant Cosby*

IT IS SO ORDERED.

_____
      Judge Edward S. Kiel

2